

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )   Criminal Number 02-19E |
| | ) |
| TRACY STEELE | ) |

The above named defendant satisfied the judgment of JUNE 10, 2003 by paying on MARCH 13, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  4-17-06
Deputy Clerk                              Date