Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. TRACY LAMAR STEELE                               Docket No. 02-00019-001 ERIE

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tracy Lamar Steele, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 10th day of June 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm ammunition, destructive device, or any other dangerous weapon.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall make restitution to the Social Security Administration in the amount of $1,217, to be paid jointly and severally with Twanda Davis and Curtis Duck.
- The defendant shall pay any restitution that remains unpaid at the commencement of the term of supervised release. Monthly payments shall be made at the rate of not less than 10 percent of his gross monthly income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.
- The defendant shall pay to the United States a special assessment of $100.

06-10-03:    Conspiracy to Defraud the United States; Sentenced to 30 months' custody of the Bureau of Prisons to be served consecutive to previously imposed sentence by the Erie County Court of Common Pleas, to be followed by 3 years' supervised release.

03-26-07:    Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall not commit another federal, state, or local crime.**

**The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician.**

U.S.A. vs. TRACY LAMAR STEELE
Docket No. 02-00019-001 ERIE
Page 2

On November 18, 2007, Mr. Steele was arrested by the Franklin, Pennsylvania, Police Department and was charged with Disorderly Conduct and Public Drunkenness. According to the police report, Mr. Steele was engaged in a loud verbal argument at Arbor Circle and was found to be intoxicated. Mr. Steele was observed by police arguing with a black female who attempted to get into a vehicle but was stopped by Mr. Steele, who was standing in the open door of the vehicle. Police indicated that Mr. Steele was uncooperative with their investigation and told police that he could do what he wanted. A portable breath test was taken and indicated a blood alcohol concentration of 0.18 percent. On November 19, 2007, Mr. Steele pled guilty before District Justice Robert L. Boyer as charged and was sentenced to ten days' custody of the Venango County Jail at each charge, to be served concurrently. Mr. Steele was released from custody on November 29, 2007.

PRAYING THAT THE COURT WILL ORDER that the releasee 1) participate in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center program until released by the program review team for a period not to exceed 180 days and 2) The releasee shall not purchase, possess, or consume alcoholic beverages.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on _____  December 11, 2007 |
| _____ Senior U.S. District Judge | David J. Conde U.S. Probation Officer |
|  | Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place:  Erie, PA |