Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. TRACY LAMAR STEELE                                    Docket No. 02-00019-001 ERIE

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tracy Lamar Steele, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 10th day of June 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm ammunition, destructive device, or any other dangerous weapon.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall make restitution to the Social Security Administration in the amount of $1,217, to be paid jointly and severally with Twanda Davis and Curtis Duck.
- The defendant shall pay any restitution that remains unpaid at the commencement of the term of supervised release. Monthly payments shall be made at the rate of not less than 10 percent of his gross monthly income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.
- The defendant shall pay to the United States a special assessment of $100.

| | |
|---|---|
| 06-10-03: | Conspiracy to Defraud the United States; Sentenced to 30 months' custody of the Bureau of Prisons to be served consecutive to previously imposed sentence by the Erie County Court of Common Pleas, to be followed by 3 years' supervised release. |
| 03-26-07: | Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde. |
| 12-20-07: | Judgment modified by Senior United States District Judge Maurice B. Cohill, Jr., to include participation in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center Program until released by the program review team, for a period not to exceed 180 days, and not purchase, possess, or consume alcoholic beverages. |

U.S.A. vs. TRACY LAMAR STEELE
Docket No. 02-00019-001 ERIE
Page 2

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall participation in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center Program until released by the program review team, for a period not to exceed 180 days.**

On April 19, 2008, the Probation Office was advised by authorities at Renewal, Incorporated, that Mr. Steele failed to return to the facility at 1:30 a.m. after completing his work shift. Mr. Steele entered the facility on February 20, 2008. Efforts to locate Mr. Steele were unsuccessful. On April 22, 2008, the Probation Office confirmed that since April 19, 2008, Mr. Steele has not been seen or heard from by facility staff. On April 25, 2008, a visit to Mr. Steele's last known residence was made, and Mr. Steele was found at the residence. Mr. Steele admitted that he knew that he was not permitted to leave Renewal, Incorporated, but did anyhow. Mr. Steele provided an explanation that he missed being home and simply wanted to be back in Erie.

**The releasee shall not purchase, possess, or consume alcoholic beverages.**

On April 25, 2008, Mr. Steele admitted to consuming alcoholic beverages during the evening of April 24, 2008. The probation officer was able to detect the odor of alcoholic beverage on Mr. Steele's breath. In addition, Mr. Steele tested positive for alcohol on February 20, 2008, when he arrived at Renewal, Incorporated.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom A, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on May 7, 2008 at 11:00 a.m., to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 29th day of April, 2008 and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill, Jr._
Senior U.S. District Judge

Executed on April 29, 2008

_David J. Conde_
David J. Conde
U.S. Probation Officer

_Stephen A. Lowers_
Stephen A. Lowers
Supervising U.S. Probation Officer

Place:   Erie, PA