**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court
### For the Western District of Pennsylvania

U.S.
_____
*Plaintiff*

vs.   No. CR 02—19E

Tracy Lamar Steele
_____
*Defendant*

HEARING ON Violation of Supervised Release

Before Judge Cohill

Chris Trabold                Tom Patton
*Appear for Plaintiff*          *Appear for Defendant*

Hearing begun 5-7-08 at 11:10 am    Hearing adjourned to _____

Hearing concluded C. A. V. 5-7-08 at 11:40   Stenographer J. Ferguson
Clerk → B. Marzna

**WITNESSES:**

*For Plaintiff*                *For Defendant*

Crim. Hist. = VI, Most serious violation Grade C.

Δ does not dispute that both violations occurred.

3 months imprisonment term. Followed by 2 years supervised release. Original Special conditions imposed. Also condition that he not possess or consume alcohol. Δ taken into custody by U.S.M.S.